UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLEVELAND FERGUSON(#193321)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 08-537-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion for Summary Judgment[1] shall be GRANTED, dismissing the plaintiff's claims, with prejudice and this action shall be DISMISSED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 10, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10.

Doc#46360